**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WARREN R. SENIOR, JR.,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:10-cv-212-Orl-22KRS**

**THE STATE OF FLORIDA, ORANGE COUNTY, THE CITY OF ORLANDO, ORANGE COUNTY LIBRARY SYSTEM, ORANGE COUNTY DEPARTMENT OF CORRECTIONS, ORANGE COUNTY DEPARTMENT OF COMMUNITY CORRECTIONS, ORANGE COUNTY SHERIFFS DEPARTMENT, ORLANDO POLICE DEPARTMENT, STATE ATTORNEY'S OFFICE FOR THE NINTH JUDICIAL CIRCUIT OF FLORIDA, STATE ATTORNEY LAMAR LAWSON, LAMAR LAWSON,**

        **Defendants.**

_____

**ORDER**

This cause comes before the Court on Plaintiff Warren R. Senior, Jr.'s ("Plaintiff") Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 22), filed on March 3, 2010. The United States Magistrate Judge submitted a Report and Recommendation ("R&R"), which recommended that Plaintiff's Motion be denied. (Doc. No. 25.) Plaintiff filed an Objection to the R&R on March 8, 2010. (Doc. No. 29.)

After an independent and *de novo* review of the record in this matter, including the submission of the Plaintiff (Doc. No. 29), the Court agrees entirely with the findings of fact and

conclusions of law made by the Magistrate Judge in the R&R, holding that the Amended Complaint is due to be dismissed and that any further leave to amend would be futile.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed on March 3, 2010 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Plaintiff Warren R. Senior, Jr.'s Objection to the Report and Recommendation (Doc. No. 29), filed on March 8, 2010, is **OVERRULED**.

3. Plaintiff Warren R. Senior, Jr.'s Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 22), filed on March 3, 2010, is **DENIED**.

4. The case is hereby **DISMISSED WITH PREJUDICE**.

5. All pending motions are terminated as moot.

6. The Clerk shall close this case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 19, 2010.

Copies furnished to:

Counsel of Record
Warren R. Senior, Jr., pro se

ANNE C. CONWAY
United States District Judge