**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WARREN R. SENIOR, JR.,**

        **Plaintiff,**

**-vs-**                                    **Case No. 6:10-cv-212-Orl-22KRS**

**THE STATE OF FLORIDA, ORANGE COUNTY, THE CITY OF ORLANDO, ORANGE COUNTY LIBRARY SYSTEM, ORANGE COUNTY DEPARTMENT OF CORRECTIONS, ORANGE COUNTY DEPARTMENT OF COMMUNITY CORRECTIONS, ORANGE COUNTY SHERIFFS DEPARTMENT, ORLANDO POLICE DEPARTMENT, STATE ATTORNEY'S OFFICE FOR THE NINTH JUDICIAL CIRCUIT OF FLORIDA, STATE ATTORNEY LAMAR LAWSON, LAMAR LAWSON,**

        **Defendants.**

_____

**ORDER**

This cause comes before the Court on Plaintiff Warren R. Senior, Jr.'s ("Plaintiff") Motion for Leave to Appeal *In Forma Pauperis* (Doc. No. 34), filed on March 24, 2010. The United States Magistrate Judge submitted a Report and Recommendation ("R&R"), which recommended that Plaintiff's Motion be denied. (Doc. No. 35.) Plaintiff filed an Objection to the R&R on April 1, 2010. (Doc. No. 36.)

After an independent and *de novo* review of the record in this matter, including the submission of the Plaintiff (Doc. No. 36), the Court agrees entirely with the findings of fact and conclusions of law made by the Magistrate Judge in the R&R. Although Plaintiff asserts that he

has a "factual and practical basis to appeal," he never advises the Court as to what the issues are. (Doc. No. 36 p. 2.) It seems Plaintiff is under the mistaken impression that he has a right to appeal without paying filing fees if found indigent. The Court need not address his indigency because the Court cannot certify that the appeal is taken in good faith.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed on March 26, 2010 (Doc. No. 35) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Plaintiff Warren R. Senior, Jr.'s Objection to the Report and Recommendation (Doc. No. 36), filed on April 1, 2010, is **OVERRULED**.

3. Plaintiff Warren R. Senior, Jr.'s Motion for Leave to Appeal *In Forma Pauperis* (Doc. No. 34), filed on March 24, 2010, is **DENIED**. The Court certifies that the appeal is not taken in good faith.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 8, 2010.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Warren R. Senior, Jr., pro se
Magistrate Judge