# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WARREN R. SENIOR, JR.,**

       **Plaintiff,**

**-vs-**                                   **Case No. 6:10-cv-212-Orl-22KRS**

**THE STATE OF FLORIDA, ORANGE COUNTY, THE CITY OF ORLANDO, ORANGE COUNTY LIBRARY SYSTEM, ORANGE COUNTY DEPARTMENT OF CORRECTIONS, ORANGE COUNTY DEPARTMENT OF COMMUNITY CORRECTIONS, ORANGE COUNTY SHERIFFS DEPARTMENT, ORLANDO POLICE DEPARTMENT, STATE ATTORNEY'S OFFICE FOR THE NINTH JUDICIAL CIRCUIT OF FLORIDA, STATE ATTORNEY LAMAR LAWSON, LAMAR LAWSON,**

       **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff Warren R. Senior, Jr.'s ("Plaintiff") Second Motion for Leave to Appeal *In Forma Pauperis* (Doc. No. 38), filed on April 21, 2010. The United States Magistrate Judge submitted a Report and Recommendation ("R&R"), which recommended that Plaintiff's Motion be denied. (Doc. No. 39.) Plaintiff filed an Objection to the R&R on May 5, 2010. (Doc. No. 40.) On April 8, 2010, this Court denied Plaintiff's first motion for leave to appeal *in forma pauperis* based on Plaintiff's failure to state any grounds for his appeal. (*See* Doc. No. 37.)

After an independent and *de novo* review of the record in this matter, including the submission of the Plaintiff (Doc. No. 40), the Court agrees entirely with the findings of fact and conclusions of law made by the Magistrate Judge in the R&R. Although Plaintiff asserts that he has "good cause to appeal in forma pauperis," he never advises the Court as to what the issues are. (Doc. No. 40 p. 2.) The Court agrees with the Magistrate Judge's conclusion that Senior has provided insufficient information for the Court to determine that the appeal is taken in good faith. (*See* Doc. No. 39 p. 2.)

Based on the foregoing, Plaintiff's instant motion for leave to appeal *in forma pauperis* will be dismissed with prejudice. Plaintiff has already had two opportunities to present valid issues for appeal. Further, there is no reason to believe that Plaintiff possesses information that would correct the substantive deficiencies. If he did, presumably he would have included it in his prior motions or at least in his objections to the R&Rs.

Accordingly, it is **ORDERED** as follows:

1. The Report and Recommendation filed on April 23, 2010 (Doc. No. 39) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Plaintiff Warren R. Senior, Jr.'s Objection to the Report and Recommendation (Doc. No. 40), filed on May 5, 2010, is **OVERRULED**.

3. Plaintiff Warren R. Senior, Jr.'s Second Motion for Leave to Appeal *In Forma Pauperis* (Doc. No. 38), filed on April 21, 2010, is **DENIED WITH PREJUDICE**. The Court certifies that the appeal is not taken in good faith.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 25, 2010.

Copies furnished to:

Counsel of Record
Warren R. Senior, Jr., pro se
Magistrate Judge

ANNE C. CONWAY
United States District Judge